UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------X
ROBERT BENKELMAN,

      Plaintiff,           Civil Action No. 11-5101WJM

v.

                        ORDER OF DISMISSAL

ZENITH ACQUISITION CORP.,

      Defendants.
----------------------------X


    The parties having notified the Court that the above action has been settled,

    It is on this 13th day of January, 2012

    ORDERED that this matter be and is hereby dismissed without costs and with prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.


                        s/William J. Martini

                        _____

                        WILLIAM J. MARTINI, U.S.D.J.